1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHAN HILL,

                Plaintiff,

      v.

NEWSOM,

                Defendant.

Case No. 22-cv-05875-JST

**ORDER OF DISMISSAL**

On October 7, 2022, the Court docketed a 1-page document received from Nathan Hill titled "Motion to be Treated as a Habeas Corpus, for a Restraining Order Against CDCR," which requested that the Court take judicial notice of the attached 58-pages of grievances that he had filed against correctional officials. Dkt. No. 1. Plaintiff requested an immediate restraining order against the CDCR, stating that the grievances and videos showed that he was in extreme jeopardy due to daily harassment and retaliation. Because Plaintiff sought relief from this Court, the Court construed this 59-page document as an attempt to open an action in this court, and opened an action pursuant to this filing. That same day, the Court sent Plaintiff deficiency notices, instructing Plaintiff that he was required to (1) file his complaint on a complaint by a prisoner form, if he was seeking to file a civil rights action, or file his petition on a petition for a writ of habeas corpus form, if he was seeking to file a federal habeas petition, and (2) either pay the filing fee or file an application for leave to proceed *in forma pauperis*. ECF Nos. 2, 3. The Court sent Plaintiff a blank complaint form and an *in forma pauperis* application form. ECF Nos. 2, 3.

The deadline to file either a complaint or petition and either pay the filing fee or file an application for leave to proceed *in forma pauperis* has passed. Plaintiff has not filed the required documents. This action cannot proceed without a complaint or petition on the proper form and

either the filing fee or an application to proceed *in forma pauperis*. Accordingly, this action is DISMISSED for failure to file a complaint or petition on the proper form and for failure to either pay the filing fee or file an application to proceed *in forma pauperis*. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by a complaint or petition on the proper form and either the filing fee or an application to proceed *in forma pauperis*. The Clerk shall enter judgment in favor of Defendant and against Plaintiff, and close the case.

**IT IS SO ORDERED.**

Dated:  January 23, 2022



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

2